In the Matter of the Application of the STATE COMMISSION OF PRISONS, Appellant, against BOARD OF SUPERVISORS OF THE COUNTY OF NASSAU, Respondent.

*Appeal — order of Appellate Division vacating prior order and remitting proceeding to referee — appeal therefrom, without permission, dismissed.*

*Matter of State Commission of Prisons*, 193 App. Div. 903, appeal dismissed.

(Argued November 16, 1920; decided November 30, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

July 9, 1920, which vacated and set aside a prior order of said Appellate Division and remitted the proceeding to a referee for further proceedings and proof. The respondent contended that the order appealed from was not a final order determining the proceeding and that since permission to appeal had not been obtained the appeal should be ·dismissed.

*Charles D. Newton, Attorney-General (Henry C. Henderson* of counsel), for appellant.

*Henry A. Uterhart* and *Stewart McKnight* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.